

# UNITED STATES DISTRICT COURT

*District of Arizona*

*In the Matter of the Search of*:

**SUBJECT PARCEL**: One medium Priority Mail Flat Rate box with Priority Mail Label bearing tracking number 9505 5107 2626 2262 4481 45 addressed to "Billy Moore 120 Lakewood Trl Martinsville, VA 24112," with a return address of "Kemar Moore 11 N 33rd Ave Phoenix, AZ 85009." It is a white medium Priority Mail Flat Rate box with a Priority Mail Label measuring 12 X 3.5 X 14.125; weighing 12.40 ozs; postmarked September 19, 2022; and bearing $16.10 in postage.

**SEARCH WARRANT**

Case Number:

22-9349 MB

TO:  Michael Cunha and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Michael Cunha, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One medium Priority Mail Flat Rate box with Priority Mail Label bearing tracking number 9505 5107 2626 2262 4481 45 addressed to "Billy Moore 120 Lakewood Trl Martinsville, VA 24112," with a return address of "Kemar Moore 11 N 33rd Ave Phoenix, AZ 85009." It is a white medium Priority Mail Flat Rate box with a Priority Mail Label measuring 12 X 3.5 X 14.125; weighing 12.40 ozs; postmarked September 19, 2022; and bearing $16.10 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___10/4/2022_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___9/20/2022@3:18pm_____     at   ___Phoenix, Arizona_____
Date and Time Issued                             City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE                 ___ESWillett_____
Name and Title of Judicial Officer               Signature of Judicial Officer

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: 22-9349MB | Date and Time Warrant Executed: 09/22/22 @ 08:46 AM | Copy of Warrant and Inventory Left With: USPS |

Inventory made in the presence of:

    Postal Inspectors Michael Cunha and Maria Hunter

Inventory of the property taken and name of any person(s) seized:

    Within Parcel 9505 5107 2626 2262 4481 45 contained the following:

    bubble wrap surrounding a bundle wrapped in minnie mouse gift wrap followed by a priority small flat rate box. Within the small flat rate box was bubble wrap, a yellow bubble mailer, and a bundle with same gift wrap. Within the gift wrap was a blue latex glove. Within the blue latex glove was a clear bag with a white powder. The white powder field tested positive for cocaine and approximately weighed 8.8 grams.

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____09/22/22_____

*Michael Cunha*
_____
*Executing officer's signature*

Michael Cunha/ U.S. Postal Inspector
_____
*Printed name and title*